# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MEGAN A. VICK

VERSUS

D & K SUITES, LLC AND DWAYNE
M. RODRIGUE

NO.  2019 CW 1502

FEB 1 8 2020

---

In Re:   Dwayne M. Rodrigue and D & K Suites, LLC, applying for
supervisory writs, 17th Judicial District Court,
Parish of Lafourche, No. 135698.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND PENZATO, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT